**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANDREW PERRONG,**

          **Plaintiff,**

**v.**                               **Case No: 6:21-cv-775-PGB-EJK**

**LANDMARK LEGAL LLC,**

          **Defendant.**

_____/

**ORDER TO SHOW CAUSE**

This case is before the Court upon review of the file. On September 14, 2021, the Court entered an Order allowing Defendant to have until and including September 30, 2021 to respond to the complaint. Defendant has failed to respond to the complaint within the time provided, and the time to do so has now passed. Therefore, it is

**ORDERED** that Defendant shall **SHOW CAUSE** and file a response within fourteen (14) days why the Court should not enter default against Defendant for failure to respond to the complaint. Failure to comply will result in the entry of default without further notice.

**DONE AND ORDERED** in Orlando, Florida on October 1, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record