UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ANDREW PERRONG, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

LANDMARK LEGAL LLC,

    Defendant.

NO. 6:21-cv-00775-PGB-EJK

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Andrew Perrong provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 13th day of October, 2021.    Respectfully submitted,

    */s/ Avi Kaufman*
    Avi R. Kaufman (FL Bar no. 84382)
    kaufman@kaufmanpa.com
    Rachel E. Kaufman (FL Bar no. 87406)
    rachel@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    *Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman