UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW PERRONG,

        Plaintiff,

v.                                              Case No: 6:21-cv-775-PGB-EJK

LANDMARK LEGAL LLC,

        Defendant.
_____/

## ORDER

      This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 16). Plaintiff advises that he dismisses the claims pursued against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

      **DONE AND ORDERED** in Orlando, Florida on October 18, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties